OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP. 02. 2015.

8/26/2015
REYES, SEBASTIAN LEE    Tr. Ct. No. 10336-D    WR-83,609-03
The Court has dismissed your application for writ of habeas corpus without written order for non-compliance with Texas Rules of Appellate Procedure 73.1. Specifically, applicant's supporting facts and/or grounds for relief are not on the prescribed form. See Ex parte Blacklock, 191 S.W.3d 718 (Tex. Crim. App. 2006).

Abel Acosta, Clerk

RTS
Released

SEBASTIAN LEE REYES
- TDC # 1971686

REF